IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATOYA WATSON**<br>2741 UNICORN LANE NW<br>WASHINGTON, DC 20015<br><br>Plaintiff,<br><br>v.<br><br>**CNN AMERICA INC**<br>ONE CNN CENTER<br>ATLANTA, GEORGIA 30303<br><br>**TARA YOUNG**<br>2468 RIDGEWAY DRIVE<br>ATLANTA, GEORGIA 30360<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants CNN America Inc. and Tara Young (collectively "Defendants") through undersigned counsel, hereby file this Notice of Removal of the above-captioned action currently pending in the Superior Court of the District of Columbia, Case No. 2021 CA 001881 B.  In support thereof, Defendants state as follows.

1.  Plaintiff Latoya Watson ("Plaintiff") initiated this civil action by filing a Complaint against Defendants in the Superior Court of the District of Columbia.  Copies of Plaintiff's Complaint, Summons and other related court documents are appended hereto as Exhibit A.

2.  Defendants were served with a copy of the Complaint and Summons on August 3, 2021.  Exhibit B.  This Notice of Removal is being filed with this Court within 30 days of the earliest receipt of the Complaint by Defendants and is timely filed.  *See* 28 U.S.C. § 1446(b).

3.  Plaintiff is a resident of the District of Columbia.  *See* Caption to Complaint.

4. Defendant CNN America Inc. is a corporation organized under the laws of the State of Delaware, and maintains its "principal place of business," 28 U.S.C. § 1332(c)(1), at One CNN Center, Atlanta, Georgia 30303. *See Hertz Corp. v. Friend et al.*, 130 S. Ct. 1181, 1193-94 (2010) (holding that, in relation to diversity, a corporation's "principal place of business" is its "nerve center," defined as "the place where a corporation's officers direct, control, and coordinate the corporation's activities … [a]nd in practice it should normally be the place where the corporation maintains its headquarters – provided that the headquarters is the actual center of direction, control, and coordination," and noting that a corporation has only one "nerve center" under 28 U.S.C. § 1332); *see also Atwal v. Lawrence Livermore Nat'l Sec.*, LLC, No. 10-1111, 2011 WL 1980370 (D.D.C. May 23, 2011) (relying on *Hertz*'s central holding cited above). Accordingly, Defendant CNN America Inc. is a citizen of the States of Delaware and Georgia.

5. Defendant Tara Young is a resident of the State of Georgia. *See* Caption to Complaint.

6. As a result, Plaintiff is diverse from Defendant CNN America Inc.

7. Plaintiff is also diverse from Defendant Tara Young.

8. Thus, this action is "between citizens of different States" and complete diversity exists between the parties. 28 U.S.C. § 1332(a)(1).

9. Plaintiff alleges discrimination and retaliation in violation of the D.C. Human Rights Act, and Plaintiff alleges that at least $75,000 is the amount in controversy as she seeks $5,000,000.00 in damages, plus attorneys' fees. *See* Complaint. Under the D.C. Human Rights Act, Ms. Watson could potentially seek to recover an unlimited amount of damages. *See generally* D.C. Code § 2-1403.16.

10. This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. § 1332, in that complete diversity exists between the parties and the amount of controversy exceeds $75,000.00.

11. A Notice of Filing for Removal to Federal Court is being filed contemporaneously in the Superior Court for the District of Columbia, a copy of which is attached hereto as <u>Exhibit C</u>.

12. Written notice of this pleading has been mailed to Plaintiff's counsel of record.

13. <u>Exhibit A</u> attached hereto represents all of the pleadings received by or served upon Defendants in connection with Plaintiff's claim.

14. Removal to this Court is appropriate because Plaintiff's action is pending in this District.  *See* 28 U.S.C. § 1441(a).

WHEREFORE, Defendants respectfully pray that the above-referenced action brought in the Superior Court of the District of Columbia be immediately removed to this Court.

Dated: August 24, 2021             Respectfully submitted,

/s/ Denise E. Giraudo
Denise E. Giraudo (DC Bar No. 499348)
Jenna N. Mennona (DC Bar No. 1030479)
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C.  20006-6801
Telephone: (202) 747-1906
Facsimile:  (202) 747-3933
dgiraudo@sheppardmullin.com
jmennona@sheppardmullin.com

*Counsel for Defendants CNN America Inc. & Tara Young*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2021, a copy of the foregoing was served via First-Class Mail, postage prepaid, on the following:

>Carla Brown
>CHARLSON BREDEHOFT COHEN & BROWN, P.C.
>11260 Roger Bacon Dr, Suite 201
>Reston , VA 20190
>*Counsel for Plaintiff*

>>>*/s/ Denise E. Giraudo*
>>>Denise Giraudo