# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATOYA D. WATSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21cv02251 (FYP) |
| CNN AMERICA INC., *et al.,* | ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Latoya D. Watson and Defendants CNN America Inc. and Tara Young ("the Parties"), hereby provide notice that they have consented to dismiss the above-captioned action with prejudice, with each party to bear its own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that Civil Action No. 1:21-cv-02251(FYP) be dismissed with prejudice.

WE ASK FOR THIS:

Dated: February 28, 2022

By: */s/ DENISE E. GIRAUDO*
Denise E. Giraudo, DC Bar No. 499348
Jenna N. Mennona, DC Bar No. 1030479
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20006
Telephone: (202) 747-1906
Facsimile: (202) 747-3933
dgiraudo@sheppardmullin.com
jmennona@sheppardmullin.com

*Counsel for Defendants,*
*CNN America, Inc. and Tara Young*


By: <u>*/S/ CARLA D. BROWN*</u>
Carla D. Brown, D.C. Bar No. 474097
CHARLSON BREDEHOFT COHEN
BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
Telephone: (703) 318-6800
Facsimile:  (703) 318-6808
cbrown@cbcblaw.com
*Counsel for Plaintiff, Latoya D. Watson*

## CERTIFICATE OF SERVICE

I hereby certify on the 28th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

>Carla D. Brown
>CHARLSON BREDEHOFT COHEN
> BROWN & NADELHAFT, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, Virginia 20190
>cbrown@cbcblaw.com
>*Counsel for Plaintiff, Latoya D. Watson*

>*s/ DENISE E. GIRAUDO*
>Denise E. Giraudo